FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0732

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0732

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

          O R D E R

TOBY CARL McADAM,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Toby Carl McAdam, to all counsel of record, and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020